DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

## PETITIONS TO REHEAR

BROWN v. FULFORD

No. 130PA83.

Case below: 308 N.C. 543.

Petition by defendant for reconsideration of the denial of discretionary review under G.S. 7A-31 allowed 7 July 1983.

IN RE ELKINS

No. 601A82.

Case below: 308 N.C. 317.

Petition by Elkins denied 7 July 1983.